1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10

11

12

13

14

| | |
|---|---|
| JOSEPH TYLER LITTLEFIELD, | CASE NO. C21-5296JLR-SKV |
| Plaintiff, | ORDER ADOPTING REPORT AND RECOMMENDATION |
| v. | |
| JERI BOE et al., | |
| Defendants. | |

15    Having reviewed the Report and Recommendation of the Honorable S. Kate Vaughan,

16  United States Magistrate Judge, any objections or responses, and the remaining record, the Court

17  finds and ORDERS:

18      (1)      The Court ADOPTS the Report and Recommendation.

19      (2)      Plaintiff's complaint, Dkt. 9, is dismissed without prejudice for failure to state a

    claim upon which relief can be granted.  *See* 28 U.S.C. § 1915A.

20      (3)      The Clerk shall enter judgment and close this case.

21      (4)      The Clerk is directed to send copies of this Order to the parties and to Judge

22  Vaughan.

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1

1       Dated this 18th day of October, 2021.

2

3                                   JAMES L. ROBART

4                                   United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER ADOPTING REPORT AND
RECOMMENDATION - 2